# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00795-CR

**Timothy Onkst, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE COUNTY COURT AT LAW NO. 4 OF TRAVIS COUNTY
## NO. C-1-CR-15-405373, THE HONORABLE MIKE DENTON, JUDGE PRESIDING

## ORDER FOR CLERK TO PROVIDE APPELLATE RECORD TO APPELLANT

**PER CURIAM**

Appellant's court-appointed counsel has filed a motion to withdraw supported by a brief concluding that the instant appeal is frivolous and without merit. *See Anders v. California*, 386 U.S. 738, 744 (1967). Appellant's counsel has certified to the Court that he provided copies of the motion and brief to appellant, advised appellant of his right to examine the appellate record and file a pro se response, and supplied appellant with a form motion for pro se access to the appellate record. *See Kelly v. State*, 436 S.W.3d 313, 319-20 (Tex. Crim. App. 2014). Appellant has timely filed the motion requesting access to the appellate record with this Court.

Appellant's pro se motion is granted. **We hereby direct the clerk of the trial court** to provide a copy of the reporter's record and clerk's record to appellant, and to provide

written verification to this Court of the date and manner in which the appellate record was provided, **on or before December 9, 2016**. *See id.* at 321.

It is ordered on **November 29, 2016**.

Before Chief Justice Rose, Justices Goodwin and Bourland

Do Not Publish